United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Einar Rivera and all others similarly situated, Plaintiffs, <br><br> v. <br><br> Third Century Development Corporation and Betty D. Walker, Defendants. | Civil Action No. 19-24744-Civ-Scola |

### Order Approving FLSA Settlement and Dismissing Action

The parties to this FLSA action have asked the Court to approve their settlement agreement and to dismiss the case. (Joint Mot., ECF No. 43.) Having reviewed the record, the relevant legal authorities, and the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **grants** the parties' motion for approval of the settlement agreement (**ECF No. 43**), **dismisses** this action with prejudice, and directs the Clerk to **close** this case. All pending motions are **denied** as moot.

**Done and ordered** at Miami, Florida, on April 8, 2020.

Robert N. Scola, Jr.
United States District Judge